UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY BELISLE,
                              :
            Plaintiff,     Civil Action
                              :     No. 19-00189-LM
    v.
                              :
MARKEL CATCO INVESTMENT
MANAGEMENT LTD AND MARKEL   :
CORP.,
                              :
           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT MARKEL CATCO INVESTMENT
MANAGEMENT LTD.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, the undersigned counsel for Defendant Markel CATCo Investment Management Ltd. hereby certifies that it is a wholly-owned subsidiary of Alterra Capital Holdings Limited, which in turn is a wholly-owned subsidiary of Markel Corporation ("Markel"), a publicly-held corporation. Markel has no parent company, and no publicly-held corporation owns 10% or more of Markel's stock.


Dated: April 3, 2019
      Manchester, New Hampshire

Respectfully submitted,

/s/ Edward J. Sackman

| | |
|---|---|
| James R. Carroll (*pro hac vice forthcoming*) | Edward J. Sackman (N.H. Bar ID #19586) |
| Christopher A. Lisy (*pro hac vice forthcoming*) | Richard C. Gagliuso (N.H. Bar ID #874) |
| SKADDEN, ARPS, SLATE, | Christina A. Ferrari (N.H. Bar ID #19836) |
|   MEAGHER & FLOM LLP | BERNSTEIN, SHUR, SAWYER |
| 500 Boylston Street |   & NELSON, P. A. |
| Boston, Massachusetts 02116 | Jefferson Mill Building |
| (617) 573-4800 | 670 North Commercial Street, Suite 108 |
| james.carroll@skadden.com | Manchester, New Hampshire 03101 |
| christopher.lisy@skadden.com | (603) 623-8700 |
| | nsackman@bernsteinshur.com |
| | rgagliuso@bernsteinshur.com |
| | cferrari@bernsteinshur.com |

Counsel for Defendants Markel CATCo Investment Management Ltd and Markel Corp