UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY BELISLE,

                Plaintiff,

       v.

MARKEL CATCO INVESTMENT MANAGEMENT LTD AND MARKEL CORP.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 19-00189-LM

# DEFENDANT MARKEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, the undersigned counsel for Defendant Markel Corporation ("Markel") hereby certifies that Markel has no parent company, and no publicly-held corporation owns 10% or more of its stock.

Dated: April 3, 2019
       Manchester, New Hampshire

James R. Carroll (*pro hac vice forthcoming*)
Christopher A. Lisy (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.lisy@skadden.com

Respectfully submitted,

/s/ Edward J. Sackman
Edward J. Sackman (N.H. Bar ID #19586)
Richard C. Gagliuso (N.H. Bar ID #874)
Christina A. Ferrari (N.H. Bar ID #19836)
BERNSTEIN, SHUR, SAWYER
   & NELSON, P. A.
Jefferson Mill Building
670 North Commercial Street, Suite 108
Manchester, New Hampshire 03101
(603) 623-8700
nsackman@bernsteinshur.com
rgagliuso@bernsteinshur.com
cferrari@bernsteinshur.com

Counsel for Defendants Markel CATCo Investment Management Ltd and Markel Corp