UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY BELISLE,                                                   :
                          Plaintiff,          Civil Action No. 19-00189-LM
                                                                   :
     v.
                                                                   :
MARKEL CATCO INVESTMENT
MANAGEMENT LTD AND MARKEL CORP.,                                   :

                          Defendants.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony Belisle and Defendants Markel CATCo Investment Management Ltd and Markel Corporation (collectively, the "Parties") hereby stipulate to a voluntary dismissal of the above-entitled action in its entirety, with prejudice as to all claims and counterclaims, with each Party to bear its own costs and attorneys' fees, and with each Party waiving all rights of appeal.

[SIGNATURES ON FOLLOWING PAGE]

- 2 -

Dated: July 19, 2019
       Manchester, New Hampshire

                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Joan A. Lukey* | */s/ Edward J. Sackman* |
| Joan A. Lukey (N.H. Bar. ID #16246) | Edward J. Sackman (N.H. Bar ID #19586) |
| CHOATE HALL & STEWART LLP | Richard C. Gagliuso (N.H. Bar ID #874) |
| Two International Place | Christina A. Ferrari (N.H. Bar ID #19836) |
| Boston, Massachusetts 02110 | BERNSTEIN, SHUR, SAWYER |
| (617) 248-4949 |    & NELSON, P. A. |
| joan.lukey@choate.com | Jefferson Mill Building |
| | 670 North Commercial Street, Suite 108 |
| *Counsel for Plaintiff Anthony Belisle* | Manchester, New Hampshire 03101 |
| | (603) 623-8700 |
| | nsackman@bernsteinshur.com |
| | rgagliuso@bernsteinshur.com |
| | cferrari@bernsteinshur.com |
| | |
| | James R. Carroll (*pro hac vice* forthcoming) |
| | Christopher A. Lisy (*pro hac vice* forthcoming) |
| | SKADDEN, ARPS, SLATE, |
| |    MEAGHER & FLOM LLP |
| | 500 Boylston Street |
| | Boston, Massachusetts 02116 |
| | (617) 573-4800 |
| | james.carroll@skadden.com |
| | christopher.lisy@skadden.com |
| | |
| | David E. Schwartz (*pro hac vice* forthcoming) |
| | SKADDEN, ARPS, SLATE, |
| |    MEAGHER & FLOM LLP |
| | Four Times Square |
| | New York, New York 10036 |
| | (212) 735-3000 |
| | david.schwartz@skadden.com |
| | |
| | *Counsel for Defendants* |
| | *Markel CATCo Investment Management Ltd and Markel Corp* |